IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER GRANTING MOTION TO** |
| | ) | **RECONSIDER DETENTION** |
| vs. | ) | **ORDER AND SETTING CONDITIONS** |
| | ) | **OF RELEASE** |
| Leighton Corey Starr, | ) | |
| | ) | Case No. 1:24-cr-006 |
| Defendant. | ) | |

The court ordered Defendant detained following a detention hearing on January 18, 2024. (Doc. Nos. 16 and 17). He is being housed at the Ward County Detention Center in Minot, North Dakota.

On January 22, 2024, Defendant filed a Motion to Reconsider Order of Detention. (Doc. No. 18). He advises that he has been accepted into an inpatient treatment program at the Keystone Treatment Center ("Keystone") in Canton, South Dakota. He requests to be released on January 25, 2024, so that he can, to travel to and participate in this treatment program. He advises that Good Road Recovery Center staff can transport him to Wahpeton, North Dakota, where he will be met by a representative of Keystone and transported to the treatment program.

There being no objection from the United States, the court **GRANTS** Defendant's motion (Doc. No. 18). Defendant shall be released no earlier than 6:00 a.m. on January 25, 2024, to Good Road Recovery Center staff, who shall transport him to Wahpeton. There he will be met by Keystone staff and transported to Keystone's facility in Canton, South Dakota. While on release, Defendant shall comply with the following conditions:

(1) Defendant shall not violate federal, state, tribal, or local law while on release.

(2) Defendant shall appear in court as required and surrender for any sentence imposed.

(3) Defendant shall report to the Pretrial Services Officer at such times and in such manner as designated by the Officer.

(4) Defendant shall refrain from any use of alcohol; any use or possession of a narcotic drug and other controlled substances defined in 21 U.S.C. § 802 or state statute, unless prescribed by a licensed medical practitioner, and any use of inhalants. Defendant shall submit to drug/alcohol screening at the direction of the Pretrial Services Officer to verify compliance. Failure or refusal to submit to testing or tampering with the collection progress or specimen may be considered the same as a positive test.

(5) Defendant shall not possess a firearm, destructive device, or other dangerous weapon.

(6) Defendant shall not knowingly or intentionally have any direct or indirect contact with witness(es), or co-defendant(s), except that counsel for the defendant, or counsel's agent or authorized representative, may have such contact with such person(s) as is necessary in the furtherance of the defendant's legal defense.

(7) Defendant shall reside at the Keystone Treatment Center's treatment facility, fully participate in its programming, and comply with all of its rules and regulations. Upon his arrival, he shall contact Pretrial Services Officer Stephanie Cherney at (701) 530-2396.

(8) Defendant must sign all release forms to allow the Pretrial Services Officer to obtain information from the treatment facility OR to communicate with facility staff about Defendant's progress in the program.

Any passes allowed by the treatment facility must be approved by the Pretrial Services Officer.

If for any reason Defendant is terminated from the treatment program, Defendant must immediately surrender to the custody of the United States Marshal.

At least 96 hours prior to anticipated completion of the treatment program, Defendant must advise the Pretrial Services Officer of Defendant's anticipated completion date so the court may schedule a hearing to review Defendant's release status.

(9) Defendant shall submit his person, residence, vehicle, and/or possessions to a search conducted by a Pretrial Services Officer at the request of the Pretrial Services Officer. Failure to submit to a search may be grounds for revocation of pretrial release. Defendant shall notify any other residents that the premises may be subject to searches pursuant to this condition.

(10) Defendant shall not obtain a passport and other foreign travel document(s).

(11) Defendant must report as soon as possible, to the pretrial services or supervising officer, every contact with law enforcement personnel, including arrests, questioning, or traffic stops.

If Defendant is unable to travel to Canton, South Dakota, as anticipated on January 25, 2024, he shall return to the Ward County Detention Center and be remanded in to custody pending further order of the court.

**IT IS SO ORDERED**.

Dated this 22nd day of January, 2024.

/s/ *Clare R. Hochhalter*
Clare R. Hochhalter, Magistrate Judge
United States District Court